**MARIE-ANN GREENBERG, MAG-1284**
**MARIE-ANN GREENBERG, STANDING TRUSTEE**
**30 TWO BRIDGES ROAD, SUITE 330**
**FAIRFIELD, NJ 07004**
**(973) 227-2840**
**Chapter 13 Standing Trustee**

_____

**In the matter of:**

**Marie-Ann Greenberg, TRUSTEE**
**Chapter 13 Bankruptcy**

**Bankruptcy**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Bankruptcy B-

STATEMENT OF UNDISTRIBUTED
    BALANCE

| Case # | Judge | Debtor's Name | Claim # | Creditor Name | Amount | Reason |
|---|---|---|---|---|---|---|
| 04-45454 | RG | Carl Picillo | 0015 | Bank of America | $2,413.02 | Can't ID |

**January 25, 2010**
**To be Deposited into Can X600**        /s/Marie-Ann Greenberg
                                         **MARIE-ANN GREENBERG**
                                         **STANDING TRUSTEE**